# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

PENNY WOODRUFF,                          )
                                          )
        **Plaintiff,**       )
                                          )
v.                                        )    **Case No. CIV-06-011-WH**
                                          )
JO ANNE B. BARNHART,                     )
Commissioner of Social Security          )
Administration,                          )
                                          )
        **Defendant.**       )

## ORDER

Before the Court is the unopposed motion of the defendant to remand pursuant to sentence six of the Social Security Act. A district court is authorized to remand a case to the agency under either sentence four or sentence six of 42 U.S.C. §405(g). A sentence-four remand is a remand after passing on the merits; a sentence-six remand does not pass on the merits, but is a remand to take account of new evidence of for other good cause. *See Tower v. Barnhart*, 2004 WL 309337 (10th Cir.).

In the case at bar, the government asserts that the tape recording of the administrative hearing is partially inaudible, and thus remand is necessary. In a sentence-six remand, the district court does not enter final judgment because the district court retains jurisdiction. *See Krishnan v. Barnhart*, 328 F.3d 685, 691 (D.C.Cir.2003). Accordingly, only an Order will be entered.

It is the Order of the Court that the unopposed motion to remand (#5) is hereby GRANTED. This action is remanded to the Commissioner pursuant to sentence six of the Social Security Act.

**ORDERED THIS 1ST DAY OF MARCH, 2006.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma